UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 00- *10150 PBS* |
| v. ) | Charges: 18 U.S.C. § 641 |
| ) | (Theft of Public Funds) |
| ROY S. LIMBAUGH ) | 18 U.S.C. § 875(c) |
| ) | |

## INDICTMENT

COUNT I: 18 U.S.C. § 641 (Theft of Public Funds)

The Grand Jury charges that:

From in or about December 1985 to December 1998, at Fall River, and other places within the District of Massachusetts,

ROY S. LIMBAUGH

defendant herein, pursuant to a common plan and scheme, did knowingly steal, purloin and convert to his own use money, in the amount of $79,917.00, more or less, in the form of Social Security Disability Insurance Benefits to which he was not entitled, made by the United States through the Social Security Administration of the United States Department of Health and Human Services, a department and agency thereof.

All in violation of Title 18, United States Code, Section 641.



COUNT II: 18 U.S.C. § 875(c)  (Threats In Interstate Commerce)

The Grand Jury charges that:

On or about December 3, 1998, at Fall River, within the District of Massachusetts,

ROY S. LIMBAUGH

defendant herein, did transmit in interstate commerce a telephone communication containing a threat to kidnap a person, to wit, an unidentified employee of the Social Security Administration working at the Social Security Administration Regional Office in Fall River, Massachusetts.

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
GREGORY MOFFATT
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 26, 2000, at 4:25 p.m.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK