UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    v.

ROY LIMBAUGH,
    Defendant.

CRIMINAL ACTION NO.
00-10150-PBS

## ORDER OF COMMITMENT

May 11, 2001

SARIS, U.S.D.J.

    On May 10, 2001, Defendant Roy Limbaugh appeared before this Court for a mental competency hearing. At the hearing, the government orally moved to have a mental evaluation conducted of Mr. Limbaugh, pursuant to 18 U.S.C. §§ 4241 and 4242, in order to determine his mental competency to stand trial, and to determine the existence of insanity at the time of the offense.

    After consulting with counsel, pretrial services, and Dr. Ronald Ebert, who performed a mental evaluation of the defendant and submitted a detailed report for the hearing, the Court **ALLOWS** the government's motion and revokes the conditions of Mr. Limbaugh's release. The Court **ORDERS** that Mr. Limbaugh be placed in the custody of the United States Attorney General, for a period not to exceed forty-five days, in order to conduct a mental evaluation pursuant to the provisions of 18 U.S.C. § 4247. The Court makes a judicial recommendation to the Bureau of Prisons that the mental evaluation be conducted at Fort Devens,

**DOCKETED**

37

Massachusetts.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge