CLOSED

```
            U.S. District Court
    District of Rhode Island (Providence)

     CRIMINAL DOCKET FOR CASE #: 04-M -114-ALL
```

USA v. Limbaugh
Dkt# in other court: None

Filed: 09/29/04

Case Assigned to:  Magistrate Judge David L. Martin

ROY LIMBAUGH (1)                Kevin J. Fitzgerald
     defendant                  [COR LD NTC pda]
                                Federal Defender's Office
                                10 Weybosset St.
                                Suite 300
                                Providence, RI 02903
                                528-4281

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

U. S. Attorneys:

   Andrew Reich
   [COR LD NTC]
   U.S. Attorney's Office
   Fleet Center
   50 Kennedy Plaza
   8th Floor
   Providence, RI 02903
   528-5477

Attest to
True Copy
DAVID A. DiMARZIO
By
Deputy Clerk

Proceedings include all events.
1:04m 114-ALL USA v. Limbaugh

CLOSED

9/29/04   1       Rule 40 Documents as to Roy Limbaugh received from
                  Massachusetts (mes) [Entry date 09/30/04]

9/29/04   2       CJA 23 FINANCIAL AFFIDAVIT by Roy Limbaugh; signed by
                  Magistrate Judge David Martin (mes) [Entry date 09/30/04]

9/29/04   3       ENTRY of Appearance for Roy Limbaugh by Attorney Kevin J.
                  Fitzgerald (mes) [Entry date 09/30/04]

9/29/04   --      Initial Appearance as to Roy Limbaugh held before
                  Magistrate Judge David Martin. Andrew Reich for the
                  government; Kevin Fitzgerald for the defendant; Charleen
                  Tryhubczak for probation. Court informs defendant of
                  pending violations in MA; Defendant waives identity hearing;
                  Court questions defendant and the Court accepts the waiver
                  of Rule 40; Attorneys argue detention; Court orders
                  defendant remanded to the Custody of US Marshal for
                  transfer to the District of MA (Defendant informed of
                  rights.) (mes) [Entry date 09/30/04]

9/29/04   --      Detention hearing as to Roy Limbaugh held before Magistrate
                  Judge David Martin. Andrew Reich for the government; Kevin
                  Fitzgerald for the defendant; Charleen Tryhubczak for
                  probation. Defendant remanded to custody for transfer to
                  the District of MA (mes) [Entry date 09/30/04]

9/29/04   --      Removal hearing as to Roy Limbaugh held before Magistrate
                  Judge David Martin. Andrew Reich for the government; Kevin
                  Fitzgerald for the defendant; Charleen Tryhubczak for
                  probation. Attorneys argue; Court orders defendant removed
                  to the District of MA in the custody of the US Marshal (mes)
                  [Entry date 09/30/04]

9/29/04   4       WAIVER of Rule 40 Hearings by Roy Limbaugh held before
                  Magistrate Judge David Martin. Andrew Reich for the
                  government; Kevin Fitzgerald for the defendant; Charleen
                  Tryhubczak for probation. Court questions defendant;
                  Defendant waives identity hearing and the Court accepts the
                  waiver (mes) [Entry date 09/30/04]

9/29/04   5       ORDER as to Roy Limbaugh, for Appointment of Federal
                  Public Defender (forwarded to all counsel of record) (mes)
                  [Entry date 09/30/04]

9/29/04   6       ORDER of Removal  to District of Massachusetts as to Roy
                  Limbaugh  ( Signed by Magistrate Judge David L. Martin )
                  forwarded to all counsel of record (mes)
                  [Entry date 09/30/04]

9/29/04   7       ORDER OF COMMITMENT TO ANOTHER DISTRICT as to Roy Limbaugh
                  to the District of Massachusetts (forwarded to all counsel
                  of record) (mes) [Entry date 09/30/04]

9/30/04   --      ARREST (Rule 40)of Roy Limbaugh (mes) [Entry date 09/30/04]

Proceedings include all events.
1:04m 114-ALL USA v. Limbaugh

CLOSED

               [Edit date 09/30/04]

9/30/04   --      CERTIFIED COPIES OF DOCUMENTS forwarded to the District of
               MA as to Roy Limbaugh (mes) [Entry date 09/30/04]

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

V.

ROY LIMBAUGH

**COMMITMENT TO ANOTHER DISTRICT** 5

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-CR-10150-PBS | 1:04-M-114M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Other (specify)

**charging a violation of** 18 **U.S.C. §** 3606

DISTRICT OF OFFENSE: Massachusetts

DESCRIPTION OF CHARGES: VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

CURRENT BOND STATUS:

☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    ☒ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☒ No    ☐ Yes    Language: _____

DISTRICT OF Rhode Island

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 30, 2004
Date

Judicial Officer / Clerk

Attest to
True Copy
DAVID A. DIMARZIO
By _____
Deputy Clerk

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )   Misc. No. 1:04-M-114M
)
ROY LIMBAUGH )

## ORDER OF REMOVAL

This matter came before the Court on September 29, 2004, for purposes of a hearing pursuant to Rule 40 Federal Rules of Criminal Procedure. The defendant, having been appointed counsel, knowingly and voluntarily waived his right to a hearing pursuant to Rule 40. He neither contests his identity nor the fact that he is the person named as the defendant in the Warrant of Arrest issued on March 31, 2003, from the United States District Court for the District of Massachusetts in Case No. 00-CR-10150-PBS.

WHEREFORE, it is hereby ORDERED that defendant ROY LIMBAUGH be removed to the District of Massachusetts for whatever further proceedings deemed appropriate by that Court. Defendant shall be detained pending his removal to the District of Massachusetts.

BY ORDER:

CLERK

ENTER:

DAVID L. MARTIN
United States Magistrate Judge

DATE:   8-30-04

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


September 29, 2004


UNITED STATES OF AMERICA

v.                                              1:04-M-114M
ROY LIMBAUGH


## APPOINTMENT OF FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined

by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to

represent said defendant in this cause until further order of the Court.


By the Court,

_____
Deputy Clerk

September 29, 2004
Date


cc:    U.S. Attorney
       Federal Public Defender
       U.S. Marshal
       U.S. Probation

AO 466 (Rev. 9/92) Waiver of Rule 40 He.___s

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Roy Limbaugh

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

CASE NUMBER: 1:04-M-114M

I, _Roy Limbaugh_ , understand that in the

District of _Massachusetts_ , charges are

pending alleging violation of _Violation of Supervised Release_ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been comitted by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   ) identity hearing

(   ) preliminary examination

( X ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

X _Roy Limbaugh_
Defendant

_9-29-04_
Date

_____
Defense Counsel

AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

*US*

v.

*Roy Limbargh*

APPEARANCE

CASE NUMBER: *1:04m-114m*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *Roy Limbargh*

I certify that I am admitted to practice in this court.

Date *9-29-04*

Signature *K Mikel*

Print Name *K J. Fitzgerald*  Bar Number *5775*

Address *10 Weybosset St.*

City *Providence*  State *RI*  Zip Code *02903*

Phone Number *401-529-4281*  Fax Number

*3*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
(Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

_____ vs. _____
**Roy Limbaugh**

FOR

AT

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**

Magistrate

District Court  1:04 N-114M

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

RECEIVED  SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE  DESCRIPTION
$ _____  86 Chevy Van
$ _____  92 Geo Storm
$ _____  85 - Station wagon

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents (3)

List persons you actually support and your relationship to them
Steven Limbaugh, 27
Michael Lamb, 26
, 10 - duesn't know name

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/28/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ✗ Roy Limbaugh

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ROY LIMBAUGH

**WARRANT FOR ARREST**

Case Number:   00-CR-10150-PBS

*1:04-M-114M*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROY LIMBAUGH
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation       ☑ Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Conditions of Supervised Release

in violation of _____ 18 _____ United States Code, Section(s) _____ 3606 _____

Patti B. Saris, U.S.D.J. by Robert C. Alba, Deputy Clerk        Deputy Clerk
Name of Issuing Officer                                          Title of Issuing Officer

_Robert C. Alba_                                                 March 31, 2003, at Boston, Massachusetts
Signature of Issuing Officer                                     Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
|  |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |  |  |

Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Roy Limbaugh        **Case Number:** 1:00-CR-10150

**Name of Sentencing Judicial Officer:** The Honorable Patti B. Saris, U.S. District Judge

**Date of Original Sentence:** 2/8/02

**Original Offense:** Theft of Public Funds

**Original Sentence:** 21 months CAG; 24 months supervised release; a $100 Special Assessment and $80,120.80 Restitution

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 11/8/02

**Asst. U.S. Attorney:** Gregory Moffat      **Defense Attorney:** Tim Watkins

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

## Violation Number

I.  **Violation of Standard Condition #2: The defendant shall report to the Probation Officer as directed by the Court or the Probation Officer and shall submit a truthful and complete written report during the first five days of each month.**

## Nature of Noncompliance

On 12/18/02 and 1/02/03, the defendant failed to report to the Probation Office as directed and on 12/20/02, he failed to be at his residence for a scheduled home visit. In addition, Mr. Limbaugh did not report to the office on 2/10/03 as directed via correspondence sent by both certified and regular mail to his home address. He also failed to report for an administrative hearing on 2/19/03. On both his December 2002 and January 2003 Monthly Supervision Reports, the defendant failed to report his true employment status. On his January 2003 Monthly Supervision Report, the subject indicated that he planned to move as of 2/4/03, however, he did not submit a forwarding address. To date, his whereabouts remain unknown.

Prob 12C                        - 2 -                  **Petition for Warrant or Summons**
                                                             **for Offender Under Supervision**

**II.**         <u>**Violation of Standard Condition # 3: The offender shall answer truthfully all**</u>
                <u>**inquiries by the Probation Officer and follow the instructions of the Probation**</u>
                <u>**Officer.**</u>

**Nature of Noncompliance**

The defendant has been ordered to pay restitution in the amount of $80,120.80. In order to determine a monthly payment, Mr. Limbaugh was directed to complete a financial statement with documentation at his initial visit and return same to the Probation Officer within one week. He failed to complete and return the documents as directed. During an office visit on 1/8/03, the defendant was once more directed to complete the financial statement and return to the Probation Officer within two weeks. Once more, the defendant failed to complete and return the forms. Finally, at a home visit on 1/21/03, this writer directed the defendant to complete the financial statement and reviewed with him the proper completion of the document. Upon receipt, this writer observed that the statement was not properly completed nor was there proper documentation attached. The Probation Officer has been unable to follow through with this directive as Mr. Limbaugh's whereabouts are currently unknown.

**III.**        <u>**Violation of Standard Condition # 6: The offender shall notify the Probation Officer**</u>
                <u>**ten days prior to any change in residence or employment:**</u>

**Nature of Noncompliance**

The defendant obtained employment shortly after commencing supervision in December 2002, however, he failed to inform the Probation Officer of same until 1/02/03. Most recently, the subject's whereabouts have become unknown to the Probation Officer as he reportedly moved out of his last known address and has not provided a forwarding address. On his January 2003 Monthly Supervision Report, the defendant wrote that he moved on 2/4/03 with the reason being "probation officer disrespected me in my house." To date, the Probation Officer has not been able to determine the defendant's current address despite contact with his family. It should be noted that the defendant has also defaulted on his state probation out of the Bristol County Superior Court in New Bedford, MA, and a warrant has been issued due to "whereabouts unknown."

**IV.**        <u>**Violation of Special Condition: The defendant is to participate is mental health**</u>
                <u>**counseling:**</u>

**Nature of Noncompliance**

The defendant failed to attend his initial appointment with his psychiatrist, Dr. Claude Curran, on 1/31/03.

Prob 12C — 3 — Petition for Warrant or Summons
for Offender Under Supervision

V. **Violation of Special Condition: The defendant is to pay restitution in the amount of $80,120.80 to the Social Security Administration; it shall be paid in the following manner: By bank check or money order made out to Clerk, U.S. District Clerk, in a monthly amount to be determined by the U.S. Probation Officer, and sent on a monthly basis to Clerk's Office in envelopes provided.**

## Nature of Noncompliance

To date, the defendant has not accurately completed a financial statement which would allow the Probation Officer to determine a set monthly payment toward his special assessment and restitution. On several occasions, the defendant has made verbal and written reference to a pending law suit due to "jail abuse and false charges" filed against him. He has maintained that he will not pay any money toward his restitution until he first recovers damages from his own lawsuit. In addition, the defendant returned a letter to the office which required his signature regarding the submission of 75% of his 2002 tax refund for the purpose of paying restitution. He failed to sign the letter as directed and attached a long letter once more reiterating that he would not be making any payments and referencing a pending lawsuit. The defendant has not yet made any payments toward his special assessment or restitution.

## U.S. Probation Officer Recommendation:

The term of supervision should be:
- [X] Revoked
- [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

_____

Jonathan Hurtig
Officer-in-Charge

By

Respectfully submitted,

_Larissa Charette_

Larissa Charette
U.S. Probation Officer
Date: 2/24/03

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

_____
Signature of Judicial Officer

_2/28/03_
Date

Prob12C
(7/91)

# United States District Court
## for the District of Massachusetts



## ADDENDUM TO PETITION DATED 2/24/03

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roy Limbaugh      Case Number: 1:00-CR-10150

Name of Sentencing Judicial Officer: The Honorable Patti B. Saris, U.S. District Judge

Date of Original Sentence: 2/8/02

Original Offense: Theft of Public Funds

Original Sentence: 21 months CAG; 24 months supervised release; a $100 Special Assessment and $80,120.80 Restitution

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/8/02

Asst. U.S. Attorney: Gregory Moffat      Defense Attorney: Tim Watkins

---

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

### Violation Number

VI.      **Violation of Mandatory Condition #1: While on Supervised Release, the offender shall not commit another Federal, State or local crime and shall not illegally possess a controlled substance.**

### Nature of Noncompliance

On 3/15/03, officers of the Tiverton, Rhode Island Police Department responded to Rte. 177 at the state line to assist the Westport Police Department with a possible armed and dangerous felon, later identified as the defendant. Once dispatch confirmed that the suspect was wanted, Tiverton Officers approached and ordered the suspect out of the vehicle. The defendant refused to exit his vehicle and proceeded to start the car and swerve at the Tiverton Officers. Tiverton Officers discharged their weapons at the defendant's rear left tire. The subject then led the officers on a chase finally stopping in front of the Tiverton Sign Shop. Tiverton Officers surrounded the vehicle and ordered the defendant out of the car. After a brief standoff, officers were forced to break the windows of the defendant's vehicle so that cap stun could be utilized to help gain compliance of him. Officers were able to extract the defendant from the passenger side of the vehicle. During this altercation, the defendant attempted to access a twelve inch knife located in a sheath on his belt. Officers safely took the defendant into custody. Once in custody, the defendant kicked out the rear windows of cruiser #45. After the defendant was in custody, his vehicle was towed and escorted to the Tiverton Police Department. Officers searched the vehicle and found both schedule 2 and schedule 4 controlled substances including Oxycodone, Valium, Diazepam and Oxycontin. Officers also found three additional knives and five boxcutters. On 3/15/03, the defendant was arraigned at the Newport, RI, District Court and charged

Prob 12C                              - 2 -                    **Petition for Warrant or Summons
                                                               for Offender Under Supervision**

with the following counts: Unlawful Possession of a Controlled Substance, to wit, Oxycontin and Oxycodone;
Resisting Legal or Illegal Arrest; Unlawful Possession of a Controlled Substance, to wit, Valium, Diazepam, and
Lorazepam; Assault with a Dangerous Weapon, to wit, a knife with a blade more than three inches long; Carrying
a Concealed Weapon, to wit, a knife with a blade more than three inches long; Eluding a Law Enforcement Officer
with a Motor Vehichle; Assault and Battery with a Dangerous Weapon Resulting in Serious Bodily Injury; and
Destruction of Property, to wit, Tiverton Police Cruiser #45. He is being held on $25,000 cash bail and is scheduled
to return to Court on 4/17/03 for a pre-arraignment conference date. On 3/20/03, the subject again appeared in
Newport, RI, District Court for arraignment on a fugitive complaint regarding a charge of Assault to Rape and
Threat to Commit Crime on 5/6/97, for which he was on supervision in Bristol Superior Court.  The matter was
scheduled for a hearing on 4/18/03. At this time, the defendant is being held at the Adult Correctional Institute in
Cranston, RI.

Please see copies of police reports attached.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
  [X]    Revoked
  [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:


Reviewed/Approved by:                              Respectfully submitted,

_____          By    _____
Jonathan Hurlig                           Larissa Charette
Officer-in-Charge                         U.S. Probation Officer
                                          Date: 3/25/03

**THE COURT ORDERS**
[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other
                                          _____
                                          Signature of Judicial Officer

                                          _____
                                          Date